JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARQUISE BAILEY, | ) Case No. CV 26-1875 FMO (Ex) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| YOLIS MARKET INC., <u>et al.</u>, | ) |
| Defendants. | ) |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 11th day of May, 2026.

                                                            /s/
                                              Fernando M. Olguin
                                              United States District Judge